1  Robert C. Hilliard (admitted *pro hac vice*)
   HILLIARD LAW
2  719 S. Shoreline Blvd.
   Corpus Christi, TX 78401
3  Tel: (361) 882-1612
   Fax: (361) 882-3015
4  Email: bobh@hilliard-law.com

5  Steve W. Berman (admitted *pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  Email: steve@hbsslaw.com

9  *Attorneys for Plaintiffs*

10 Eva M. Weiler (SBN 233942)
   eweiler@shb.com
11 SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
12 Irvine, CA 92614
   Telephone: (949) 475-1500
13 Facsimile: (949) 475-0016

14 *Attorney for Defendant Gilead Sciences, Inc.*

15 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN HOLLEY, *et al.*, | Case No. 4:18-cv-06972-JST |
| *Plaintiffs*, | **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF Nos. 1444, 1445, 1446, AND 1448** |
| v. | |
| GILEAD SCIENCES, INC., | |
| *Defendant*. | |
| *This Motion relates to certain Plaintiffs originally filed in the following cases:* | |
| *Baumgartner et al. v. Gilead Sciences, Inc.*, 4:20-cv-02446-JST; | |
| *Bird, et al. v. Gilead Sciences, Inc.*, | |

4:22-cv-00595-JST;

*Calkins et al. v. Gilead Sciences, Inc.*, 4:20-cv-01884-JST;

*Cariano, et al. v. Gilead Sciences, Inc.*, 4:22-cv-01867-JST;

*Clark, A et al v. Gilead Sciences, Inc.*, 4:21-cv-00713-JST;

*Coleman et al. v. Gilead Sciences, Inc.*, 4:20-cv-04546-JST;

*Criado, et al. v. Gilead Sciences, Inc.*, 4:21-cv-05656-JST;

*Danner, et al. v. Gilead Sciences, Inc.*, 4:23-cv-01517-JST;

*Davillier et al. v. Gilead Sciences, Inc.*, 4:20-cv-00570-JST;

*Dowdy et al. v. Gilead Sciences, Inc.*, 4:19-cv-00481-JST;

*Falls, et al. v. Gilead Sciences, Inc.*, 4:21-cv-05387-JST;

*Geller et al. v. Gilead Sciences, Inc.*, 4:21-cv-08752-JST;

*Goldfinger et al. v. Gilead Sciences, Inc.*, 4:20-cv-04043-JST;

*Harlan, et al. v. Gilead Sciences, Inc.*, 4:22-cv-03156-JST;

*Holley et al. v. Gilead Sciences, Inc.*, 4:18-cv-06972-JST;

*Johnson, D., et al. v. Gilead Sciences, Inc.*, 3:23-cv-01439-JST;

*Kachelmyer, et al v. Gilead Sciences, Inc.*, 4:21-cv-00328-JST;

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1444, 1445, 1446, AND 1448

No. 4:18-cv-06972-JST

*Keefe, et al. v. Gilead Sciences, Inc.*,
4:22-cv-01370-JST;

*Kelly, A., et al. v. Gilead Sciences, Inc.*,
4:22-cv-00688-JST;

*Koski, et al. v. Gilead Sciences, Inc.*,
4:22-cv-08903-JST;

*Lassiter, et al. v. Gilead Sciences, Inc.*,
4:22-cv-06635-JST;

*Lee, et al. v. Gilead Sciences, Inc.*,
4:22-cv-02353-JST;

*Leon et al. v. Gilead Sciences, Inc.*,
4:20-cv-03744-JST;

*Lewis, et al v. Gilead Sciences, Inc.*,
4:21-cv-03218-JST;

*Lundy et al v. Gilead Sciences Inc., et al.*,
4:20-cv-05282-JST;

*Lyons et al. v. Gilead Sciences, Inc.*,
4:19-cv-02538-JST;

*Lytch v. Gilead Sciences, Inc.*,
4:23-cv-01715-JST;

*Mack et al. v. Gilead Sciences, Inc.*,
4:20-cv-04734-JST;

*Mosely et al. v. Gilead Sciences, Inc.*,
4:19-cv-05816-JST;

*Nicholson, et al. v Gilead Sciences, Inc.*,
4:20-cv-08751-JST;

*Ortley et al. v. Gilead Sciences, Inc.*,
4:21-cv-09576-JST;

*Pennington et al. v. Gilead Sciences, Inc.*,
4:20-cv-03489-JST;

*Rivers et al. v. Gilead Sciences, Inc.*,
4:19-cv-07991-JST;

*Sharp, D., et al. v. Gilead Sciences, Inc.*,
4:22-cv-09184-JST;

*Sutton, A., et al. v. Gilead Sciences, Inc.*,
4:23-cv-00701-JST;

*Sutton, Anita, et al. v. Gilead Sciences, Inc.*,
4:23-cv-02607-JST;

*White, A. et al v. Gilead Sciences, Inc.*,
4:21-cv-02039-JST;

*Wright, A. et al. v. Gilead Sciences, Inc.*,
4:21-cv-06082-JST.

# JOINT STIPULATION

Pursuant to Northern District of California Local Rule 6-2 and 7-12, Plaintiffs and Defendant Gilead Sciences, Inc. ("Gilead") (together, the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on December 20, 2023, counsel for Gilead filed four Motions to Dismiss the Claims of Certain Plaintiffs (ECF Nos. 1444, 1445, 1446, and 1448) (collectively, "Motions");

WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiffs' Responses to Gilead's Motions are currently due on January 3, 2024, and Gilead's Replies (if any) would be due on January 10, 2024;

WHEREAS, Plaintiffs have requested additional time to complete their investigation and responses on behalf of each individual Plaintiff;

WHEREAS, the Parties have agreed that Plaintiffs will have until and including January 26, 2024, to respond to Gilead's Motions, and Gilead will have until and including February 2, 2024, to file any replies;

WHEREAS, extending Plaintiffs' deadline to respond to Gilead's Motions will not affect any current scheduling orders entered by the Court or the anticipated February 22, 2024, setting of the hearing to consider the Motions; and

WHEREAS, this is the Parties' first request for an extension of time of the briefing schedule concerning Gilead's Motions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, pursuant to Civil Local Rules 6-2 and 7-12, and the Parties ask the Court to order, that:

1. The deadline for Plaintiffs to respond to Gilead's Motions to Dismiss the Claims of Certain Plaintiffs (ECF Nos. 1444, 1445, 1446, and 1448) shall be extended to January 26, 2024; and

2. Gilead's deadline to submit any replies in support of its Motions shall also be extended to February 2, 2024.

**IT IS SO STIPULATED.**

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1444, 1445, 1446, AND 1448
No. 4:18-cv-06972-JST

| | |
|---|---|
| DATED: January 3, 2024 | Respectfully submitted, |
| | By: /s/ *Robert C. Hilliard* |
| | Robert C. Hilliard (*pro hac vice*) |
| | Anthony S. Godfrey (*pro hac vice*) |
| | HILLIARD LAW |
| | 719 S. Shoreline Blvd. |
| | Corpus Christi, TX 78401 |
| | Telephone: (361) 882-1612 |
| | Facsimile: (361) 882-3015 |
| | Email: bobh@hilliard-law.com |
| | Email: agodfrey@hilliard-law.com |
| | |
| | Steve W. Berman (*pro hac vice*) |
| | Anne F. Johnson (*pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | Email: steve@hbsslaw.com |
| | Email: annej@hbsslaw.com |
| | |
| | Shana E. Scarlett (SBN 217895) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | Email: shanas@hbsslaw.com |
| | |
| | Raymond C. Silverman (*pro hac vice*) |
| | PARKER WAICHMAN LLP |
| | 6 Harbor Park Dr. |
| | Port Washington, NY 11050 |
| | Telephone: (516) 723-4611 |
| | Facsimile: (516) 723-4711 |
| | Email: rsilverman@yourlawyer.com |
| | |
| | Ian Kaufman, Esq. |
| | IAN KAUFMAN LAW, LLC |
| | 17 Fawn Hill Drive |
| | Airmont, NY 10952 |
| | Telephone: 1-888-200-3022 |
| | Email: ian@iankaufmanlaw.com |

- 2 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS
THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1444, 1445, 1446, AND 1448

No. 4:18-cv-06972-JST

|   |   |   |
|---|---|---|
| | | Jack Griffith Rutherford |
| | | RUTHERFORD LAW |
| | | 2811 1/2 2nd Ave |
| | | Los Angeles, CA 90018 |
| | | Telephone: 415-794-5639 |
| | | Email: jack@rfordlaw.com |
| | | |
| | | *Attorneys for Plaintiffs* |
| DATED: January 3, 2024 | By: | /s/ *Eva M. Weiler* |
| | | Eva M. Weiler (SBN 233942) |
| | | eweiler@shb.com |
| | | SHOOK, HARDY & BACON L.L.P. |
| | | 5 Park Plaza, Suite 1600 |
| | | Irvine, CA 92614 |
| | | Telephone: (949) 475-1500 |
| | | Facsimile: (949) 475-0016 |
| | | |
| | | Patrick Oot (pro hac vice) |
| | | oot@shb.com |
| | | Jesse Weisshaar (pro hac vice) |
| | | jweisshaar@shb.com |
| | | SHOOK, HARDY & BACON L.L.P |
| | | 1800 K. Street N.W. |
| | | Washington, D.C. 20006 |
| | | Telephone: (202) 783-8400 |
| | | Facsimile: (202) 783-4211 |
| | | |
| | | Eric Anielak (*pro hac vice*) |
| | | eanielak@shb.com |
| | | Christopher Cotton (*pro hac vice*) |
| | | ccotton@shb.com |
| | | Jeremiah Wikler (*pro hac vice*) |
| | | jwikler@shb.com |
| | | SHOOK, HARDY & BACON L.L.P. |
| | | 2555 Grand Blvd. |
| | | Kansas City, MO 64108 |
| | | Telephone: (816) 474-6550 |
| | | Facsimile: (816) 421-5547 |
| | | |
| | | *Attorneys for Defendant Gilead Sciences, Inc.* |

- 3 -

# ATTESTATION

I, Robert C. Hilliard, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: January 3. 2024                    /s/ *Robert C. Hilliard*
                                          Robert C. Hilliard

- 4 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1444, 1445, 1446, AND 1448
No. 4:18-cv-06972-JST

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the Parties, and good cause appearing, it is hereby ORDERED as follows:

1. The deadline for Plaintiffs to respond to Gilead's December 20, 2023, Motions to Dismiss the Claims of Certain Plaintiffs (ECF Nos. 1444, 1445, 1446, and 1448) is extended to January 26, 2024; and

2. Gilead's deadline to submit any replies in support of its Motions is extended to February 2, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 4, 2024

_____
Honorable Jon S. Tigar

- 5 -

JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO DISMISS THE CLAIMS OF CERTAIN PLAINTIFFS, ECF NOS. 1444, 1445, 1446, AND 1448
No. 4:18-cv-06972-JST